AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| ALONZO HALL | Case Number: 8:92-CR-330-T-27TGW |
| | USM Number: 16357-018 |
| | Mary Mills AFPD |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) __1, 2, 5, 6, and 7__ of the term of supervision.

__X__ was found in violation of charge number(s) __3__ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to submit written monthly reports | June 5, 2008 |
| 2 | Failure to Report | June 16, 2009 |
| 3 | Failure to work regularly at a lawful occupation | January 30, 2009 |
| 4 | Failure to notify ten days prior to any change in residence | June 11, 2009 |
| 5 | Failure to refrain from using controlled substances | May 6, 2009 |
| 6 | New conviction for conduct, Obstructing or Opposing an Officer Without Violence | February 27, 2009 |
| 7 | Failure to participate in Drug Aftercare Treatment and Mental Health Treatment | June 18, 2009 |
| 8 | Failure to comply with the Home Detention Program | June 11, 2009 |

    The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

__X__ The defendant has not violated charge number(s) __4 and 8__ and is discharged as to such violation charge(s).

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: July 20, 2009

JAMES D. WHITTEMORE
UNITED STATES DISTRICT JUDGE

DATE: July 21st, 2009

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of: **TEN (10) MONTHS.**

\_\_\_\_\_ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

\_\_\_\_\_ The defendant shall surrender to the United States Marshal for this district:

    \_\_\_ at _____ a.m. p.m. on _____.

    \_\_\_ as notified by the United States Marshal.

\_\_\_\_\_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    \_\_\_ before 2 p.m. on _____.

    \_\_\_ as notified by the United States Marshal.

    \_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL